

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JACOB LANCE PRITCHETT,<br><br>*Defendant*. | Case No. **CR 22-038-RAW** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
### [18 U.S.C. §§ 2241(c), 2246(2)(A), 1151, & 1153]

Beginning on or about August 28, 2009, and continuing until on or about August 28, 2012, within the Eastern District of Oklahoma, in Indian Country, the defendant, **JACOB LANCE PRITCHETT**, an Indian, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the penis and the vulva of M.S., who had not attained the age of 12 years, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(A), 1151, and 1153.

### COUNT TWO

### ABUSIVE SEXUAL CONTACT IN INDIAN COUNTRY
### [18 U.S.C. §§ 2244(a)(5), 2246(3), 1151, & 1153]

Beginning on or about January 11, 2010, and continuing until on or about January 11, 2011, within the Eastern District of Oklahoma, in Indian Country, the defendant, **JACOB LANCE**

1

**PRITCHETT**, an Indian, did knowingly engage in and cause sexual contact as defined in Title 18, United States Code, Section 2246, to wit: intentionally touching, through the clothing, the genitalia of B.P., an Indian, who had not attained the age of 12 years, with an intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(5), 2246(3), 1151, & 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

MORGAN MUZLJAKOVICH, OBA # 32852
Assistant United States Attorney