IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**
JUL 0 8 2022
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB LANCE PRITCHETT,<br><br>Defendant. | Case No. CR-22-038-RAW |

## VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, hereby unanimously find the following:

1. With respect to the charge in Count One of the Indictment for Aggravated Sexual Abuse in Indian Country, we find the Defendant:

(*Check only one.*)          NOT GUILTY          GUILTY
                                                      ✓

2. With respect to the charge in Count Two of the Indictment for Abusive Sexual Contact in Indian Country, we find the Defendant:

(*Check only one.*)         NOT GUILTY         GUILTY

                                                    ✓
_____         _____

DATED this 8th day of July, 2022.

_____
Foreperson Signature

_____
Foreperson Printed Name